JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _288_ -- IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/30/76 | 1. | MOTION w/SUPPORTING BRIEF -- William L. Gunter & Camille S. Gunter -- Schedle of Involved Actions and certificate of service on all counsel.  Need additional list for service on individual defs.  Also, ltr dtd. 11/24 from Movant indicates service made on involved clerks of court. |
| | | REQUESTED TRANSFEREE FORUM:  NORTHERN DISTRICT OF GEORGIA |
| 12/7/76 | | MOVANTS SUPPLEMENTAL SERVICE LIST |
| 12/13/76 | 2 | RESPONSE -- JOHN G. BRENNAN, GARY D. SWETIN AND JAMES D. GARNER w/cert. of service |
| 12/10/76 | | APPEARANCES |
| | | RAYMOND R. MURPHY, JR., ESQUIRE for FDIC, Hamilton National Bank of Chattanooga |
| | | ROBERT W. PATRICK, ESQ. for FDIC, The Hamilton Bank and Trust Co. |
| | | DAVID A. DYCUS, ESQUIRE for John Kruesi and Moses Lebovitz |
| | | WARREN N. COPPEDGE, JR., ESQ. FOR John G. Brennan, Gary D. Sweetin and James D. Garner |
| | | SIDNEY O. SMITH, JR., ESQ. for Paul M. Brock, Olan Mills, Reid S. Murphey, Herbert L. Oakes, Gordon P. Street Henry C. Unruh and Garrison Siskin |
| | | H. L. RUSSELL, ESQ. for William L. Gunter and Camille S. Gunter |
| | | ROBERT P. COCHRAN, ESQ. for N. Rountree Youmans, Phillip S. Barrett and Thomas F. Mahone |
| | | ~~MOHRXYBRERRXBRUEGEXXXBXXXBXXXBXXXXW.~~ D. MOON JR., for W. D. Moon Jr. |
| | | JOHN VORDER BRUEGGE for John Vorder Bruegge |
| | | C. B. ROGERS, ESQ. for Thedore M. Hutcheson |
| | | JOHN R. SEYMOUR, ESQ. for Richard L. Heffner |
| | | A. STEPHENS CLAY, ESQ. for E. Carmack Cochran, W. Max Finley, David D. Hamilton, John L. Hutcheson, Jr., H. Clay E. Johnson, W. Hanes Lancaster, Jr., Z. Cartter Patten J. Polk Smartt, Blackwell Smith, Jr., and Richard C. Thatcher, Jr. |
| 12/15/76 | | REQUEST FOR EXTENSION OF TIME -- FDIC, Hamilton National Bank and FDIC, Hamilton National Bank of Chattanooga -- GRANTED TO ALL TO JANUARY 3, 1977 |
| 12/17/76 | 3 | RESPONSE -- HAMILTON BANCSHARES, INC⬤ -- w/cert. of service |
| 12/20/76 | 4 | RESPONSE -- N. ROUNTREE YOUMANS, PHILLIP S. BARRETT AND THOMAS F. MAHONE w/cert. of service |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-3⬤for hearing Jan 28, 1977, Miami, Florida |
| 12/22/76 | | APPEARANCE --~~RICHARD~~ PAUL WEBB, JR. for Richard H. Houck |
| ~~12/22/76~~ | ~~5~~ | ~~RESPONSE -- RICHARD H. HOUCK w/cert. of service~~ |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. __2__

DOCKET NO. _288_ -- IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

| Date | No. Code | |
|------|----------|---|
| 1/3/77 | 5 | RESPONSE -- THE FEDERAL DEPOSIT INSURANCE CORPORATION w/cert. of svc. |
| 1/3/77 | 6 | RESPONSE -- W.D. MOON, JR., w/cert. of service. |
| 1/3/77 | 7 | RESPONSE -- FEDERAL DEPOSIT INSURANCE CORPORATION  w/cert. of service |
| 1/3/77 | 8 | RESPONSE -- RICHARD H. HOUCK w/cert. of service |
| 1/4/77 | | APPEARANCE -- Robert H. Walling, Esquire for W. Frank Hutcheson |
| 1/10/77 | 9 | REPLY -- WILLIAM L. GUNTER AND CAMILLE S. GUNTER w/cert. of service. |
| 1/26/77 | | WAIVER OF ORAL ARGUMENT -- John Brennan, Gary Sweetin, and James Garner; J.E. Whitaker. -- 1/28/77 hearing, Miami, Fl. |
| 2/2/77 | | WAIVER OF ORAL ARGUMENT -- Richard H. Houck 1/28/77 hearing, Miami, Fla. |
| 2/7/77 | | Federal Deposit Insurance Corp. v. William L. Gunter et ux, E.D. TN., C.A. No. Civ-1-76-248 |
| | | ORDER - Judge Wilson Transferring action to N.D. GA. Under Section 1406 |
| | | ORDER - Denying Transfer of action to N.D. GA. - As MOOT |
| | | |
| | | **************************** |
| 4/29/77 | | ORDER TO SHOW CAUSE filed today in cases A-1, A-2 and B-1 Notified counsel and involved judges. |
| 5/9/77 | | APPEARANCES -- THOMAS S. RICHEY, ESQ. FOR FDIC, Hamilton Bank and Trust Co. (of Atlanta) |
| | | ROBERT P. COCHRAN, ESQ. for N. Rountree Youmans, Phillip Barrett, Thomas F. Mahone |
| | | JOHN A. CHANDLER, ESQ. for FDIC, Hamilton National Bank of Chattanooga |
| | | MR. W. D. MOON, JR., Pro Se. |
| | | WILLIAM C. HUMPHREYS, JR., ESQ. for Paul K. Brock, Olan Mills, II, Reid S. Murphey, Herbert L. Oakes, Harrison Siskin, Gordon P. Street, Jr., Henry Unruh, Paul J. Kinser |
| | | CHARLES W. LUSK, ESQUIRE for John Vorder Bruegge and W. R Roy Meyers |
| | | ROBERT WALLING, ESQ. for W. Frank Hutcheson |
| | | JOSIAH BAKER, ESQ. for E. Carmack Cochran and David D. Hamilton |
| | | A. STEPHENS CLAY, ESQ. for W. Max Finley, John L. Hutcheson, Jr., H. Clay E. Johnson, W. Hanes Lancaster, Jr., Z. Cartter Patten, J. Polk Smartt, Blackwell Smith, Jr., Richard C. Thatche Jr.. |
| | | FRANK W. VIRGIN, ESQ. for Joseph Grubar |
| | | T. MAXFIELD BAHNER, ESQ. for J. E. Whitaker |
| | | FRED L. SOMERS, JR., ESQ. for Clifford H. Ewing |
| | | CHARLES L. GOWEN, ESQ. for Arthur Andersen & Co. |
| | | HARRY O. MOLINE, JR., ESQ. for Hugh S. Hauck |
| 5/12/77 | | APPEARANCE -- PAUL WEBB, JR., ESQ. for Richard H. Houck |
| 5/12/77 | 10 | RESPONSE -- RICHARD H. HOUCK, w/cert. of service |
| 5/13/77 | 11 | RESPONSE -- James D. Garner, et al. w/cert. of service. |
| 6/14/77 | | APPEARANCE -- Ray W. Moseley, Esq. for Kyle Weems, Trustee |
| | | |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 3

DOCKET NO. 288 --  IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/13/77 | 12 | NOTICE OF OPPOSITION AND MEMORANDUM IN RESPONSE TO SCO -- Federal Deposit Insurance Corp., w/cert. of service |
| 5/16/77 | 13 | RESPONSE -- Richard W. Cardin w/cert. of service. |
| 5/16/77 | 14 | RESPONSE -- Arthur Anderson & Co., w/cert. of service. |
| 5/16/77 | 15 | Response to SCO -- Hamilton Bancshares Directors, w/cert. of service. |
| 5/16/77 | 16 | RESPONSE -- John Vorder Bruegge and Roy Meyers, w/cert. of service. |
| 5/16/77 | 17 | RESPONSE -- E. Carmack Cochran and David D. Hamilton, w/cert. of service |
| 5/16/77 | 18 | RESPONSE -- P.K. Brock, R.S. Murphey, H.L. Oakes, G.P. Street, Jr., Henry C. Unruh, Olan Mills, II, Paul J. Kinser, Garrison Siskin and Estate of Charles W. Wheland, w/cert.of Service. |
| 5/16/77 | 19 | Response -- Clifford H. Ewing, w/cert. of service. |
| 5/16/77 | 20 | RESPONSE -- W.D. Moon, Jr., w/cert. of service |
| 5/18/77 | | APPEARANCE -- WARREN N. COPPEDGE,JR., ESQ. for James D. Garner, Gary D. Sweetin and John G. Brennan |
| 5/20/77 | 21 | RESPONSE -- William L. Gunter and Camille S. Gunter, w/cert. of service. |
| 6/1/77 | | HEARING ORDER -- Setting A-1, A-2 and B-1 for hearing -- June 24, 1977, Washington, D.C. |
| 6/14/77 | | APPEARANCE -- RAY H. MOSELEY, ESQ. for Kyle Weems, Trustee |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- E. Carmack Cochran & David D. Hamilton. |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Clifford H. Ewing |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Federal Deposit Ins. Corp. |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Theodore M. Hutcheson |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Estate of J. E. Whitaker |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- John Vorder Bruegge & W. Roy Meyers |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Richard H. Houck |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- John Brennan, James Garner, Gary Sweetin |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- William L. & Camille S. Gunter |
| | | WAIVERS FOR PANEL HEARING 6/24/77 held in Wash. D. C. |
| 10/17/77 | | OPINION AND ORDER VACATING LITIGATION. NOTIFIED INVOLVED PARTIES. |

DOCKET NO. __288__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied _10/17/77_

Opinion and/or Order _____
Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Hamilton Bank & Trust Co. v. T. Wendell Holliday, et al. | N.D.Ga. Moye | C76-1558A | | | | |
| A-2 | William L. Gunter, et ux. v. Theodore M. Hutcheson, et al. | N.D.Ga. ~~Hill~~ Moye | C76-1702A | | | | |
| A-3 | Federal Deposit Insurance Corp., et al., v. William L. Gunter, et al. | W.D.GA. ~~E D Tenn.~~ ~~Wilson~~ | C77-122A ~~1-76-248~~ | | | DIS 1/27/77 | J. Wilson (E.D. Tenn) §1406 to N.D. Ga. 1/25/77 |
| B-1 | Kyle R. Weems, Trustee v. N. Roundtree Youmans, et al. | E.D.Tenn Wilson | 1-77-30 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 288  --   IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

---

FDIC, qua corporation, as successor
in interest to The Hamilton Bank and
Trust Company (of Atlanta) (A-1)
Thomas S. Richey, Esquire
Powell, Goldstein, Frazer &
  Murphy
1100 C&S National Bank Bldg.
35 Broad Street, N.W.
Atlanta, Georgia  30303

WILLIAM L. GUNTER & CAMILLE S.
  GUNTER (A-2)
H. L. Russell, Esquire
Gambrell, Russell, Killorin &
  Forbes
4000 First National Bank Tower
Atlanta, Georgia  30303

KYLE R. WEEMS, TRUSTEE
For HAMILTON BANCSHARES, INC. (B-1)
Ray H. Mosely, Esquire
Humphreys, Hutcheson & Mosley
308 Walnut
Chattanooga, Tenn.  37403

N. ROUNTREE YOUMANS
PHILLIP S. BARRETT
THOMAS F. MAHONE
Robert P. Cochran, Esquire
Huie, Ware, Sterne, Brown
  & Ide
1200 Standard Federal Building
Atlanta, Georgia  30303

FDIC, qua corporation, as successor
in interest to The Hamilton National
Bank of Chattanooga
John A. Chandler, Esquire
Sutherland, Asbill & Brennan
3100 First National Bank Tower
Atlanta, Georgia  30303

Mr. W. D. Moon, Jr.
Pro Se
1217 First Tennessee Bank Bldg.
Chattanooga, Tennessee  37402

PAUL K. BROCK
OLAN MILLS, II
REID S. MURPHEY
HERBERT L. OAKES
GARRISON SISKIN
GORDON P. STREET, JR.
HENRY C. UNRUH
PAUL J. KINSER
William C. Humphreys, Jr., Esquire
Alston, Miller & Gaines
1200 C&S National Bank Bldg.
Atlanta, Georgia  30303

JOHN VORDER BRUEGGE
W. ROY MEYERS
Charles W. Lusk, Esquire
615 Pioneer Building
Chattanooga, Tennessee  37402

W. FRANK HUTCHESON
Robert Walling, Esquire
Jones, Bird & Howell
75 Poplar Street, N.W.
Haas-Howell Building
Atlanta, Georgia  30303

E. CARMACK COCHRAN
DAVID D. HAMILTON
Josiah Baker, Esquire
Goins, Gammon, Baker, Robinson &
  Grisham
Suite 700 First Tennessee Building
Chattanooga, Tennessee  37402

W. MAX FINLEY
JOHN L. HUTCHESON, JR.
H. CLAY E. JOHNSON
W. HANES LANCASTER, JR.
Z. CARTTER PATTEN
J. POLK SMARTT
BLACKWELL SMITH, JR.
RICHARD C. THATCHER, JR.
A. Stephens Clay, Esquire
Kilpatrick, Cody, Rogers,
McClatchey & Regenstein
3100 Equitable Building
100 Peachtree Street
Atlanta, Georgia  30303

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __288__ -- IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

---

JOSEPH GRUBAR
Frank W. Virgin, Esquire
Flournoy, Evans & Separk
236 Washington Avenue
P.O. Box 1183
Marietta, Georgia 30061

J. E. WHITAKER, Deceased
J. E. WHITAKER ESTATE
T. Maxfield Bahner, Esquire
Chambliss, Bahner, Crutchfield,
  Gaston & Irvine
1111 Maclelland Building
Chattanooga, Tennessee 37402

CLIFFORD H. EWING
Fred L. Somers, Jr., Esquire
Somers, Altenbach & Rawlins
6733 Peachtree Industrial Boulevard
Suite 200
Atlanta, Georgia 30360

ARTHUR ANDERSEN & CO.
Charles L. Gowen, Esqure
King & Spalding
2500 Trust Company Tower
Atlanta, Georgia 30303

HUGH S. HAUCK
Harry O. Moline, Jr., Esquire
Moline, Tegethoff, Ottsen,
Mauze'
Pierre Laclede Center
7701 Forsyth Boulevard
Suite 550
St. Louis, Missouri 63105

THEODORE M. HUTCHESON
C. B. Rogers, Esquire
Rogers & Hardin
Suite 3200
101 Marietta Tower
Atlanta, Georgia 30303

RICHARD L. HEFNER
John R. Seymour, Esquire
Stophel, Caldwell & Heggie
450 MacClellan Building
Chattanooga, Tennessee 37402

JOHN KRUESI
MOSES LEBOVITZ
David A. Dycus, Esquire
Shumacker, Thompson & Dycus
First Tennessee Bldg.
4th Floor, 701 Market St.
Chattanooga, Tennessee 37402

JAMES D. GARNER
JOHN G. BRENNAN
GARY D. SWEETIN

Warren N. Coppedege, Jr., Esquire
Mitchell, Mitchell, Coppedege,
  Boyett & Wester
P.O. Box 668
Dalton, Georgia 30720

PAUL R. COBBLE
B. LAMAR RANKIN
JAMES T. VANN
James W. Gentry, Jr., Esquire
Gentry & Boehm
650 Pioneer Bldg.
Chattanooga, Tennessee 37402

T. WENDELL HOLLIDAY
RICHARD A. CHEPUL
James W. Gentry, Jr., Esquire
Gentry & Boehm
650 Pioneer Building
Chattanooga, TN 37402

Mr. Dawson B. Harris, Jr.
488 South Crest Road
Chattanooga, Tennessee

RICHARD H. HOUCK
Paul Webb, Jr., Esq.
Webb, Young, Daniel &
  Murphy
1901 Peachtree Center
Cain Tower
229 Peachtree St. N.E.
Atlanta, GA 30303

JPML FORM 3

p. ___1___

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __288__ --  __IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| T. WENDELL HOLLIDAY | A-1   A-2 B-1 |
| N. ROUNTREE YOUMANS | A-1   A-2 B-1 |
| THOMAS F. MAHONE | A-1   A-2 B-1 |
| JOHN G. WHITAKER, | A-1   A-2 B-1 |
| JOHN VORDER BRUEGGE | A-1   A-2 B-1 |
| JAMES D. GARNER | A-1   A-2 B-1 |
| DANA MARTIN | A-1   A-2 B-1 |
| JOSEPH GRUBAR | A-1   A-2 B-1 |
| GARY D. SWEETIN | A-1   A-2 B-1 |
| DEVEREUX CHAMBERLAIN | A-1   A-2 B-1 |
| DONALD JONES | A-1   A-2 B-1 |

p. __2__

| | |
|---|---|
| WILLIAM PUCKETT | A-1 |
| PAULA KEEN | A-1 |
| RICHARD L. HEFNER | A-1   A-2 |
| PAUL R. COBBLE<br>✓ | A-1   A-2 |
| JAMES T. VANN<br>✓ | A-1   A-2 |
| B. LAMAR RANKIN<br>✓ | A-1   A-2  ✓ B-1 |
| HUGH S. HAUCK | A-1   A-2 |
| CHARLES CHAPPAS | A-1   A-2 |
| E. CARMACK COCHRAN<br>✓ | A-1   A-2   B-1 |
| PHILLIP S. BARRETT | A-1   A-2  ✓ B-1 |
| W. MAX FINLEY<br>✓ | A-1   A-2  ✓ B-1 |

JPML FORM 3

p. **3**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 288 -- IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| JOHN L. HUTCHESON, JR.　✓ | A-1  A-2  B-1 |
| H. CLAY E. JOHNSON　✓ | A-1  A-2 |
| W. HANES LANCASTER, JR.　✓ | A-1  A-2  B-1 |
| WILLIAM DEADERICK MOON, JR.　✓ | A-1  A-2  B-1 |
| Z. CARTTER PATTEN　✓ | A-1  A-2  B-1 |
| J. POLK SMARTT　✓ | A-1  A-2  B-1 |
| BLACKWELL SMITH, JR.　✓ | A-1  A-2  B-1 |
| RICHARD C. THATCHER, JR.　✓ | A-1  A-2  B-1 |
| RICHARD A. CHEPUL　✓ | A-2  B-1 |
| THEODORE M. HUTCHESON　✓ | A-2 |
| HARRY C. CARBAUGH | A-2 |

p. _4_

| | | |
|---|---|---|
| DAWSON B. HARRIS, JR. ✓ | A-2 | |
| RICHARD H. HOUGH ✓ | A-2 | B-1 |
| W. FRANK HUTCHESON ✓ | A-2 | B-1 |
| JOHN KRUESI ✓ | A-2 | B-1 |
| MOSES LEBOVITZ ✓ | A-2 | B-1 |
| OLAN MILLS, II ✓ | A-2 | B-1 |
| REID S. MURPHEY ✓ | A-2 | B-1 |
| HERBERT L. OAKES ✓ | A-2 | B-1 |
| GARRISON SISKIN ✓ | A-2 | B-1 |
| GORDON P. STREET, JR. ✓ | A-2 | B-1 |
| HENRY C. UNRUH ✓ | A-2 | B-1 |

JPML FORM 3

p. __5__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __288__ -- __IN RE HAMILTON BANK (OF ATLANTA) SECURITIES LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| CHARLES W. WHELAND | A-2  B-1 |
| MARK K. WILSON, JR. | A-2  B-1 |
| JAMES L. HIPSHER | A-2 |
| FDIC<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION | A-2 |
| PAUL K. BROCK | A-2  B-1 |
| WILLIAM E. BROCK, JR. | B-1 |
| W. ROY MEYERS | B-1 |
| HARRY M. NACEY, JR. | B-1 |
| T. R. PRESTON, III | B-1 |
| W. D. MOON | B-1 |
| DAVID D. HAMILTON | B-1 |

p. __6__

| | |
|---|---|
| JOHN T. FELTMAN | B-1 |
| THOMAS G. CHATHAM | B-1 |
| JAMES B. LEPORT | B-1 |
| CHARLES R. RAMSEY | B-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |